AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA as subrogee of Diebold Nixdorf Inc., <br><br> *Plaintiff(s)* <br><br> v. <br><br> GEODIS USA, LLC; GEODIS FF GERMANY GMBH & CO. KG; ASL AIRLINES BELGIUM, <br><br> *Defendant(s)* | Civil Action No. 22-cv-05858 (NRB) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Geodis USA, LLC
c/o Corporation Service Company
80 State Street, Albany, NY 12207-2543

Geodis USA, LLC
5101 South Broad Street
Philadelphia, PA 19112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David L. Mazaroli
250 Park Avenue - 7th Floor
New York, NY 10177
Tel. 212-267-8480
Fax: 212-732-7352
E-mail: dlm@mazarolilaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 7/13/2022

/s/ J. Gonzalez

*Signature of Clerk or Deputy Clerk*